**725-15** LE COPY

COA # 08-13-00243-CR    OFFENSE: 21.11

STYLE: Jose L. Aldana v. The State of Texas    COUNTY: Tarrant

COA DISPOSITION: MODIFIED/REFORM AND AFFIRM    TRIAL COURT: 396th District Court

DATE: 05/14/15    Publish: NO    TC CASE #: 1333327R

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Jose L. Aldana v. The State of Texas

CCA #: _____

_____ State's _____ Petition

CCA Disposition: **725-15**

FOR DISCRETIONARY REVIEW IN CCA IS:

_____ Refused _____

DATE: Nov. 11, 2015

JUDGE: Pc

DATE: _____

JUDGE: _____

SIGNED: _____ PC: _____

PUBLISH: _____ DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____